| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
| | ROBERT A. VAN NEST - #84065 |
| 2 | R. JAMES SLAUGHTER - #192813 |
| | DAN JACKSON - #216091 |
| 3 | R. ADAM LAURIDSEN - #243780 |
| | 710 Sansome Street |
| 4 | San Francisco, CA 94111-1704 |
| | Telephone: (415) 391-5400 |
| 5 | Facsimile: (415) 397-7188 |
| 6 | Attorneys for Defendant |
| | ELECTRONIC ARTS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL MICHAEL KELLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS, INC.; NATIONAL COLLEGIATE ATHLETICS ASSOCIATION; COLLEGIATE LICENSING COMPANY,<br><br>Defendants. | Case No. CV-09-1967-CW<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS AND SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT**<br><br>Action Filed: May 5, 2009 |

1. Having reviewed the parties' Stipulation and good cause appearing therefore, the Court hereby ORDERS as follows:

    1. Defendants shall file and serve Motions or otherwise respond to Plaintiff's Complaint on or before July 29, 2009;

    2. Plaintiff shall file and serve his Opposition papers on or before August 24, 2009;

    3. Defendants shall file and serve their Replies to Plaintiff's Oppositions on or before September 10, 2009;

    4. The Motions shall be heard on September 24, 2009 at 2:00 p.m. in Oakland Courtroom 2, 4th Floor; and

    5. Plaintiff shall not object to EA's Special Motion to Strike on the grounds that it is filed more than 60 days after the complaint was served on EA or on the grounds that it is set for hearing more than 30 days from its filing.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: 7/14/09          By: /s/ Claudia Wilken
                              Hon. Claudia Wilken
                              United States District Court Judge