

*FILED*
DEC - 7 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
OAKLAND CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed cases that I have initialed below are related to the case assigned to me, and such cases shall be reassigned to me.

**C 09-01967 CW**     **Keller v. Electronic Arts Inc. et al**

**C 09-05372 MEJ**     **Jacobson v. National Collegiate Athletic Association et al**

I find that the above case is related to the case assigned to me. *CW*

**C 09-05378 EDL**     **Rhodes v. National Collegiate Athletic Association et al**

I find that the above case is related to the case assigned to me. *CW*

## ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge (**"CW"**) immediately after the case number. **A Case Management Conference will be held on December 17, 2009, at 2:00 p.m. The Case Management Statement will be due one week prior to the conference. All other dates regarding initial disclosures, early settlement, ADR process selection and discovery plan required by FRCivP 16 and 26 remain as previously set.** The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated:

Judge Claudia Wilken

# CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

**Richard W. Wieking, Clerk**

DATED: _12/7/09_

By: _____

**Deputy Clerk**

Copies to: Courtroom Deputies
         Case Systems Administrators
         Counsel of Record
Entered into Assignment Program: _____(date)