1 Robert B. Carey (*pro hac vice*)
Leonard W. Aragon (*pro hac vice*)
2 HAGENS BERMAN SOBOL SHAPIRO LLP
3 11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
4 Telephone: (602) 840-5900
Facsimile: (602) 840-3012
5 Email: rcarey@hbsslaw.com
        leonard@hbsslaw.com
6
7 Stuart M. Paynter (226147)
THE PAYNTER LAW FIRM PLLC
8 1200 G Street N.W., Suite 800
Washington, DC 20005
9 Telephone: (202) 626-4486
Facsimile: (866) 734-0622
10 Email: stuart@smplegal.com

11 Interim Co-Lead Class Counsel for the Class

12 [Additional counsel listed on signature page]

13

14

15 **UNITED STATES DISTRICT COURT**

16 **NORTHERN DISTRICT OF CALIFORNIA**

17 **OAKLAND DIVISION**

| | |
|---|---|
| 18 IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION | CV-09-1967 (CW) |
| 19 | (Consolidated w/Case Nos. C-09-03329-CW; C09-04128-CW; C-09-04882-CW; C-09-05100-CW; C-09-05134-CW; C-09-05372-CV; and C-09-05378-CW) |
| 22 | ~~PROPOSED~~ **ORDER GRANTING STIPULATION TO EXTEND TIME** |
| 23 | ACTION FILED: May 5, 2009 |

**FILED**

MAR 5 - 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

24

25

26

27

28

1    This matter comes before the Court on the Stipulation to Extend Time filed by Plaintiffs and

2    Electronic Arts Inc. ("EA"), National Collegiate Athletic Association ("NCAA"), and Collegiate

3    Licensing Company ("CLC"). Upon consideration of the foregoing stipulation, and with good cause

4    appearing,

5        IT IS HEREBY ORDERED that the Stipulation is Granted as follows:

6        1.      Plaintiffs will file their Responses to the Motions to Stay on March 11, 2010, the day

7    after the Master Amended Complaint is filed;

8        2.      Defendants EA, NCAA, and CLC will file any Replies on March 25, 2010; and

9        3.      The parties shall not serve discovery until after the Court issues its decision regarding

10   the stay.

11       PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

12

13   DATED:  3/5/2010        _____

14                           HONORABLE CLAUDIA WILKEN
                             UNITED STATES DISTRICT COURT JUDGE
15

16

17   Dated: March 2, 2010                    Respectfully submitted,

18                                           HAGENS BERMAN SOBOL SHAPIRO LLP

19                                           By___/s/ Leonard Aragon_____
                                             Leonard W. Aragon (*Pro Hac Vice*)
20                                           Robert B. Carey (*Pro Hac Vice*)
                                             11 West Jefferson Street, Suite 1000
21                                           Phoenix, Arizona 85003

22                                           Stuart M. Paynter (226147)
23                                           THE PAYNTER LAW FIRM PLLC
                                             1200 G Street N.W., Suite 800
24                                           Washington, D.C. 20005

25

26

27

28

Steve Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eight Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: shanas@hbsslaw.com